■ The People of the State of New York v. Radislaw Blazic et al.— Motion for leave to appeal as a poor person and for an assignment of counsel granted to the extent of assigning Irving Mendelson, Esq., of 217 Broadway, New York, New York, and Jacob W. Friedman, Esq., of 170 Broadway, New York, New York, as counsel for the appellant for the purposes of the appeal.

■ Michael R. Schlanger v. Tamara Cowan et al.— Motion to dismiss appeal denied, with $10 costs, without prejudice, however, to a renewal thereof upon proper papers.

■ The People of the State of New York v. Caswell Lathan, Jr.— Motion by Salvatore M. George, Esq., Leon H. Murray, Esq., and James Morahan, Esq., for an order relieving them from prosecuting the appeal herein granted, and Murray A. Gordon, Esq., of 401 Broadway, New York, New York, is hereby assigned as counsel for the appellant for the purposes of the appeal.

Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.:

■ Mary Mariani v. Walter J. Maher.— Motion for leave to appeal as a poor person denied without prejudice, however, to a renewal thereof upon a proper affidavit of merits.

■ Florence Serio, as Administratrix of the Estate of George M. Serio, Deceased, v. Florin Realty Corp. Florin Realty Corp. v. Samuel Yates et al.— Motion for an enlargement of time granted, insofar as to extend the plaintiff-appellant's time to serve and file the record on appeal and appellant's points to and including December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Motion by third-party plaintiff-appellant for leave to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellant's points, the original record and appellant's printed points to be filed on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached.

■ Limmat Corporation v. Dorosin Distributing Corp.— Motion to consolidate appeals granted, insofar as to permit both appeals to be combined in one appeal book, without duplication of printing, and to have both appeals argued or submitted together upon one set of appellant's and respondent's points covering both appeals.

■ Corrine C. Waterman v. Henry Kaufman et al. (Two Actions.) — Motion for resettlement denied in all respects. Motion for " a final order and judgment, on further review and resettlement, on all matters embraced in three appeals before this court" denied in all respects.

■ R. C. Gluck & Co., Inc., v. Louis Tankel, Doing Business as General Stamp Co.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached.

■ Ettie Wolf v. Associates Discount Corporation et al.— Motion by respondent, Associates Discount Corporation, granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 22, 1960, with notice of argument for the Non-Enumerated Calendar for the first day of the January 1961 Term of this court, said appeal to be argued or submitted when reached.